UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) Case No.  3:03CR30170-001-DRH |
| | ) |
| v. | ) |
| | ) |
| Curtis W. Barnett, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| ================================= | ) |
| Matt Hoffman, | ) |
| | ) |
| Garnishee. | ) |

**GARNISHEE ORDER**

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on June 27, 2007, stating that at the time of the service of the Writ he had in his possession or under his control a  lawsuit for an auto accident in an unknown value, which the Defendant maintains an interest.

On June 8, 2007, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that proceeds received from the lawsuit for the Defendant be turned over to Plaintiff, to satisfy the judgment.  Payment is to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois  62201.

Dated: <u>July 16, 2007</u>.

/s/      David    RHerndon
United States District Judge