UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Case No. 3:03CR30170-001-DRH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Curtis W. Barnett, | ) | |
| | ) | |
| Defendant, | ) | |
| ================================== | ) | |
| Matt Hoffman, | ) | |
| | ) | |
| Garnishee. | ) | |

## **ORDER**

This matter having come before the Court upon the Plaintiff's motion to dismiss garnishment pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby ORDERED the garnishment in this cause be and the same is hereby DISMISSED.

DATED: March 31, 2008.

/s/ *David R. Herndon*
DAVID R. HERNDON
Chief Judge, United States District Court